# UNITED STATES DISTRICT COURT
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA, | FILED UNDER SEAL |
| Plaintiff, | |
| v. | CASE NO. 6:19-cr-10168-JWB-01 |
| MICHAEL JOSEPH SIEMER, | |
| Defendant. | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Failure to Register (International Travel Reporting Violation)**
**18 U.S.C. § 2250(b)**

On or about July 25, 2019, in the District of Kansas, the defendant,

**MICHAEL JOSEPH SIEMER,**

a person required to register under the Sex Offender Registration and Notification Act, knowingly failed to provide information required by the Sex Offender Registration and Notification Act relating to his intended travel in foreign commerce, and engaged and attempted to engage in the intended travel in foreign commerce, all in violation of 18 U.S.C. 2250(b).

**A TRUE BILL.**

| | |
|---|---|
| December 3, 2019 | /s/ Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**